## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
### NO. 02-15-00285-CR



VALENCE VELOAT SMITH                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

### FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1317055D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Valence Veloat Smith pled guilty to the state jail felony of abandoning or endangering a child[2] in exchange for three years' deferred adjudication community supervision on the MHMR caseload and both standard and special conditions of community supervision. Appellant also signed a judicial

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Penal Code Ann. § 22.041(c), (f) (West 2011).

confession, waived all pretrial motions, and waived all rights of appeal. The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. We therefore informed Appellant by letter that his case was subject to dismissal unless he or any party desiring to continue the appeal showed grounds for continuing it.[3] We have received no response. Accordingly, we dismiss this appeal.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 17, 2015

---

[3]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).

2